# Exhibit B

| | |
|---|---|
| STATE OF NORTH CAROLINA<br>MECKLENBURG COUNTY | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>CASE NO. 25CV030195-590 |
| SRINI NALLASIVAN,<br><br>        Plaintiff;<br><br>v.<br><br>U.S. BANCORP; JOHN DOE NOS. 1-10,<br><br>        Defendants. | **NOTICE OF FILING OF DEFENDANT'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA** |

TO:    Clerk of Court
          Superior Court of Mecklenburg County
          832 East Fourth Street
          Charlotte, North Carolina 28202

          Victoria T. Kepes
          Mitchell G. Davis
          The Noble Law Firm, PLLC
          700 Spring Forest Road, Suite 205
          Raleigh, North Carolina  27609

          John-Paul S. Deol
          Michael R. Fleming
          Dhillon Law Group Inc.
          177 Post Street, Suite 700
          San Francisco, California  94108

      Defendant U.S. BANK NATIONAL ASSOCIATION, incorrectly identified as U.S. BANCORP in the Complaint, by its attorneys and pursuant to 28 U.S.C. § 1446(d), hereby notifies you that on August 14, 2025, it filed in the United States District Court for the Western District of North Carolina, Defendant's Notice of Removal of this action.  A copy of the Notice of Removal is attached as **Exhibit 1**.

Pursuant to 28 U.S.C. § 1446(d), the General Court of Justice, Superior Court Division, Mecklenburg County shall proceed no further with Case No. 25CV030195-590 unless and until the case is remanded.

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION

By: */s/ Frederick T. Smith*
Frederick T. Smith
North Carolina Bar No. 45229
Attorney for Defendant
SEYFARTH SHAW LLP
300 S. Tryon Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 925-6023
Facsimile: (704) 559-2425
E-mail: fsmith@seyfarth.com

Date: August 14, 2025

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| MECKLENBURG COUNTY | SUPERIOR COURT DIVISION |
| | CASE NO. 25CV030195-590 |

| SRINI NALLASIVAN, | |
| Plaintiff; | |
| v. | **CERTIFICATE OF SERVICE** |
| U.S. BANCORP; JOHN DOE NOS. 1-10, | |
| Defendants. | |

I certify that, on August 14, 2025, I filed the foregoing Notice of Filing of Defendant's Notice of Removal to the United States District Court for the Western District of North Carolina with the Clerk of the Court and a copy of the same was served by the United States Postal Service on the following attorneys:

>Victoria T. Kepes
>Mitchell G. Davis
>The Noble Law Firm, PLLC
>700 Spring Forest Road, Suite 205
>Raleigh, North Carolina  27609

>John-Paul S. Deol
>Michael R. Fleming
>Dhillon Law Group Inc.
>177 Post Street, Suite 700
>San Francisco, California  94108

>*/s/ Frederick T. Smith*
>Frederick T. Smith
>North Carolina Bar No. 45229
>Attorney for Defendant