IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:25-cv-617

Srini Nallasivan )
 )
          Plaintiff(s), )
v. )
 )
U.S. Bancorp; John Doe Nos. 1-10 )
 )
          Defendant(s). )

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OR PROPOSED INTERVENOR OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party or proposed intervenor to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must serve this form on the other parties to this action.

U.S. Bank National Association who is a Defendant
*(Name of Party)*                  *(Plaintiff / Defendant/Movant/Intervenor)*

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes      ☒ No

2. Does the party have any parent corporations?
   ☒ Yes      ☐ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   U.S. Bancorp

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes      ☒ No

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
☐ Yes ☒ No

If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
☐ Yes ☒ No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

s/ Frederick T. Smith
Signature of Attorney

August 14, 2025
Date