# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Case No. 3:25-cv-00617-MOC-DCK

SRINI NALLASIVAN,

               Plaintiff,

    v.

U.S. BANCORP; JOHN DOE NOS. 1-10,

         Defendants.

**NOTICE OF WITHDRAWAL OF ATTORNEY MICHAEL R. FLEMING**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael R. Fleming hereby withdraws as counsel of record for Plaintiff Srini Nallasivan. The below-named attorney from Dhillon Law Group Inc. remains counsel of record for Plaintiff Srini Nallasivan.

John-Paul S. Deol (admitted pro hac vice)
jpdeol@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

/s/ *Michael R. Fleming*
Michael R. Fleming (admitted pro hac vice)
mfleming@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorney for Plaintiff Srini Nallasivan

1

Case 3:25-cv-00617-MEO-DCK    Document 13    Filed 05/29/26    Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that, on May 27, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

/s/ *Michael R. Fleming*
Michael R. Fleming (admitted pro hac vice)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorney for Plaintiff Srini Nallasivan

3